IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

BRANDON L. SPEARS,           )
                             )
   Plaintiff,                )
                             )
v.                           )   Case No. CIV-23-920-R
                             )
DR. GINETTE NGANGA, et al.   )
                             )
   Defendants.               )

## ORDER

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Suzanne Mitchell pursuant to 28 U.S.C. § 636(b)(1), the Court adopts the Report and Recommendation [Doc. No. 7], in its entirety.

For the reasons stated therein, this action is DISMISSED WITHOUT PREJUDICE to refiling.

IT IS SO ORDERED this 25th day of January, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE

1